UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DAVID E. GARCIA           :
                          :
VS.                       :    CIVIL ACTION NO.
                          :
TIM SCHWITZER and EZEKIEL CARR :    FEBRUARY 5, 2018

## COMPLAINT

1. This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3. The plaintiff is an adult citizen of the United States who resides in the State of Florida.

4. During all times mentioned in this complaint, the defendants were Judicial Marshals employed by the State of Connecticut as law enforcement officers in the State Courthouse located at 14 West River Street in Milford, Connecticut.

5. During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6. At all times mentioned in this Complaint, the defendants acted jointly and in concert with each other. Each defendant had the duty and the opportunity to protect the plaintiff from the unlawful actions of the other defendant but each defendant failed and refused to perform such duty, thereby proximately causing the injuries herein complained of.

7. On February 13, 2015, the plaintiff was an incarcerated prisoner in the custody of the State of Connecticut. On that day, he appeared before the court, in custody, at the aforesaid courthouse.

8. At the said date and location, in a confined area for prisoners near the courtroom, the defendants assaulted the plaintiff and caused him to suffer facial abrasions, contusions, and pain which required medical intervention and care.

9. In the manner aforesaid, the defendants used unreasonable force upon the plaintiff and deprived him of substantive due process of law, all in violation of rights secured to the plaintiff by the Fourth and Fourteenth Amendments to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE, the plaintiff claims judgment against the defendants and

each of them, jointly and severally, for compensatory damages, punitive damages, attorney fees and costs.

                        THE PLAINTIFF

BY:       /s/      *John R. Williams*
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax: 203.776.9494
        jrw@johnrwilliams.com